**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Robert Deutsch, | No. CV-21-08136-PCT-DLR |
| Plaintiff, | **ORDER** |
| v. | |
| American Century Investments, et al., | |
| Defendants. | |

On February 16, 2022, the Court ordered Plaintiff to "file his amended complaint and motion to dismiss Defendant American Century Investments, or alternatively, a status report." (Doc. 25.) A few weeks later, Plaintiff filed a joint motion to add a defendant and to dismiss American Century Investments ("ACI"). (Doc. 26.) But the attached proposed First Amended Complaint does not comply with the Court's February 16 order or line up with the stated intentions in the motion because it still names ACI as a defendant and asks the Court to enter judgment against ACI. (Doc. 26-1.) Absent consent from the opposing party or compliance with the Court's February 16 order, justice does not require this amendment. *See* Fed. R. Civ. P. 15(a)(2). Therefore,

**IT IS ORDERED** that Plaintiff's Motion to Amend Complaint to Add a Defendant, and to Dismiss American Century Investments (Doc. 26) is **DENIED** without prejudice.

/ / /

/ / /

If Plaintiff still intends to amend his complaint to remove ACI as a defendant, he shall file that amended complaint or, alternatively, a status report, within 7 days of this order.

Dated this 13th day of March, 2022.

Douglas L. Rayes
United States District Judge